IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   11-cv-01405-WJM-MEH | Date:   January 26, 2012 |
| Courtroom Deputy:    Cathy Coomes | **FTR – Courtroom A501** |

NATHANIEL WALLS,                                        Terrance L. Ryan

     Plaintiff,

v.

DIRECTV HOME SERVICES,                            Natalie West

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**

**Court in session:**        10:09 a.m.

Court calls case.  Appearances of counsel.  Plaintiff is present by telephone.

Discussion regarding the Motion to Withdraw (Doc. #14, filed 1/22/12) filed by Terrance L. Ryan.  Plaintiff states that he has no objection to Mr. Ryan withdrawing as his attorney of record.

**ORDERED:**   The Motion to Withdraw (Doc. #14, filed 1/22/12) filed by Terrance L. Ryan is GRANTED.

Mr. Ryan is excused from the remainder of this hearing.

Discussion regarding Defendant's Motion to Compel Discovery Responses (Doc. #17, filed 1/24/12), scheduling Plaintiff's deposition, and extending the discovery and dispositive motions deadlines.

**ORDERED:**   1.   Defendant's Motion to Compel Discovery Responses (Doc. #17, filed 1/24/12) is GRANTED.  Plaintiff shall submit his responses to Defendant's discovery requests on or before **February 21, 2012.**

              2.   A Status Conference is set for **February 24, 2012, at 9:30 a.m.**  At that time, the Court will discuss with the parties Plaintiff's responses to Defendant's discovery requests and, if necessary, adjusting deadlines.  Plaintiff's deposition will take place that same day at Ms. West's office, at

a time to be determined by the parties.

Mr. Walls provides his address and telephone number on the record as follows: **14400 E. Fremont Ave., #12-105, Englewood, CO 80112; (720)940-3044.**  The Clerk of the Court is directed to enter those on CM/ECF, as Mr. Walls is proceeding *pro se* at this time.

**Court in recess:**        **10:29 a.m.**        **(Hearing concluded)**
**Total time in Court:** 0:20