IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01405-WJM-MEH

NATHANIEL WALLS,

    Plaintiff,

v.

DIRECTV HOME SERVICES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 23, 2012.**

    Defendant's Unopposed Motion for Entry of Stipulated Protective Order [filed February 22, 2012; docket #23] is **granted in part** and **denied in part**.[1]  The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.

---

[1] Because the proposed Protective Order has not been signed by the parties, the Court will not designate the Order as "Stipulated."