IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01405-WJM-MEH

NATHANIEL WALLS,

    Plaintiff,

v.

DIRECTV HOME SERVICES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 15, 2012.**

    Defendant's Unopposed Motion to Vacate the Dispositive Motions Deadline and to Schedule Status Conference to Amend Scheduling Order [filed March 14, 2012; docket #30] is **granted**. For good cause shown, the dispositive motions deadline is temporarily **vacated**. To reset the deadline and discuss further amendments to the Scheduling Order, the Court will hold a Status Conference in this case on **March 26, 2012**, at **9:15 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. If the parties choose to do so, they may appear telephonically at the Status Conference by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.